UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YVONNE SCOTT, an individual; YVONNE HARJO, an individual; CARRIE CHANEY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., a foreign corporation,<br><br>Defendants. | 3:14-CV-00004-LRH-VPC<br><br>ORDER |

Before the court is Defendant Corizon Health, Inc.'s ("Defendant") Response to Court Order of January 17, 2014 Regarding Minimum Amount in Controversy. Doc. #12.[1]

Plaintiffs initiated the present action against Defendant on November 14, 2013, in the Second Judicial District Court for Washoe County, Nevada. On January 3, 2014, Defendant removed this action to federal court on the basis of diversity jurisdiction. Doc. #1.

On January 17, 2014, the court reviewed the removal petition and held that it was not clear from the complaint that the amount in controversy had been met. Doc. #9. The court granted defendant twenty days to establish the amount in controversy by submitting summary judgment type evidence to the court. *Id*. Thereafter, Defendant filed a Response to Court Order of January 17, 2014 Regarding Minimum Amount in Controversy. Doc. #12.

---

[1] Refers to the court's docket

The court has reviewed Defendant's response and finds that Defendant has established that the amount in controversy has been met. Accordingly, the court shall accept Defendant's removal of this action and exercise diversity jurisdiction over the complaint.

IT IS SO ORDERED.

DATED this 14th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE