UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| YVONNE SCOTT, etc., et al., | ) | 3:14-cv-00004-LRH-VPC |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 17, 2014 |
| CORIZON HEALTH, INC., | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

 Before the court is Defendant's Request for Exemption For Insurance Carrier to Attend Early Neutral Evaluation Session. (Doc. # 33.) Defendants represent that Corizon Health has a significant insurance retention threshold which exceeds the amount of Plaintiffs' claims and that Corizon Health's Litigation Manager Kim Ives will be in attendance at the ENE with binding authority to settle the matter on behalf of Corizon.

 With good cause appearing, Defendant's request (Doc. # 33) is **GRANTED**.

 **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>    /s/                           </u>
      Deputy Clerk